IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1335 (RMC) |
| | ) | |
| ALL PROPERTY IN/UNDERLYING E-GOLD ACCOUNT NUMBER: 310679, | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| -------------------------- | ) | |
| | ) | |
| Claim of: | ) | |
| | ) | |
| GITGOLD WORLDWIDE, INC., | ) | |
| | ) | |
| Claimant. | ) | |

**VERIFIED STATEMENT OF INTEREST
OF CLAIMANT GITGOLD WORLDWIDE, INC.**

Claimant GITGOLD WORLDWIDE, INC., by and through its undersigned counsel, files this **Verified Statement of Interest** in the captioned matter in compliance with Rule G(5) of the Federal Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions. In support of its claim, GitGold Worldwide, Inc. makes the following statement under oath and subject to all applicable penalties of perjury.

1.  The Claimant is GitGold Worldwide, Inc., which is a Florida corporation. GitGold Worldwide, Inc. is the owner of E-Gold Account Number 310679 and all value contained therein.

2. GitGold Worldwide, Inc. uses E-Gold Account Number 310679 in connection with its business operations.

3. GitGold Worldwide, Inc. denies any wrongdoing or unlawful activity. The value contained in E-Gold Account Number 310679 was acquired through legitimate and lawful business dealings and is the property of GitGold Worldwide, Inc..

4. The property subject to this *in rem* action is wholly unrelated to any violation of 18 U.S.C. §§ 1956 or 1960 or any other federal criminal statute.

Respectfully submitted,
/s/ Scott Michael Hare
Scott M. Hare, Esquire
Pa. I.D. No. 63818
Bartony & Hare, LLP
1806 Frick Building
437 Grant Street
Pittsburgh, PA  15219
Tel:    412-338-8632

Counsel for Claimant GitGold Worldwide, Inc.

Date:   September 26, 2007

## VERIFICATION UNDER OATH AND PENALTY OF PERJURY

I, Jane Anderson, am the President of GitGold Worldwide, Inc. and am authorized to make this Verification on its behalf. I hereby state and verify under oath, and subject to all penalties of perjury, that I have read the foregoing Verified Statement of Interest, that I have personal knowledge of the facts stated therein, and that it is true and correct to the best of my knowledge, information and belief. I understand that this statement is made subject to the penalties governing perjury.

GitGold Worldwide, Inc.

DATE: 9/27/07         By   Jane Anderson

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Verified Statement of Interest of Claimant GitGold Worldwide, Inc.** was served upon all parties in this matter on this 27th day of September, 2007 by facsimile, e-mail and/or regular mail addressed to the following:

| | |
|---|---|
| William R. Cowden, Esquire<br>Assistant United States Attorney<br>555 Fourth Street, NW<br>Room 4824<br>Washington, DC 20530 | Laurel Loomis Rimon, Esquire<br>United States Attorney's Office<br>555 4th Street, N.W.<br>Room 5830<br>Washington, DC 20530 |
| Kimberly Kiefer Peretti, Esquire<br>U.S. DEPARTMENT OF JUSTICE<br>950 Pennsylvania Avenue, NW<br>Suite 600<br>Washington, DC 20530 | |

/s/ Scott Michael Hare
Counsel for Claimant GitGold Worldwide, Inc.