**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**ALL PROPERTY IN/UNDERLYING** )<br>**E-GOLD ACCOUNT NUMBER:** )<br>)<br>**310679,** )<br>)<br>Defendant. ) | Civil Action No. 07-1335 (RMC) |

**ANSWER AND AFFIRMATIVE DEFENSES OF CLAIMANT GITGOLD
WORLDWIDE, INC. TO VERIFIED COMPLAINT FOR FORFEITURE *IN REM***

Claimant GitGold Worldwide, Inc., through its undersigned counsel, files the following Answer and Affirmative Defenses to Plaintiff's Verified Complaint for Forfeiture *In Rem*.

**FIRST DEFENSE**

1. Claimant admits paragraphs 4 and 5 of the Complaint.

2. Claimant denies paragraphs 2, 3, 8, 10-13, 16, 17, 22, 24-29 and 31-41 of the Complaint.

3. Claimant is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraphs 6, 7, 9, 14, 15, 18-21, 23 and 30 of the Complaint, which are therefore deemed denied.

4. As to paragraph 1 of the Complaint, Claimant admits that the action is styled as an *in rem* action for civil forfeiture. Claimant denies the remainder of paragraph 1.

**SECOND DEFENSE**

5. Claimant has not engaged in any unlawful activity that would subject its accounts to forfeiture.

**THIRD DEFENSE**

6. Claimant does not operate a money transmitting business or a money services business, and is not subject to registration requirements or other regulations applicable to such entities.

**FOURTH DEFENSE**

7. Claimant has not engaged or participated in money laundering, and has not assisted others in committing money laundering.

**FIFTH DEFENSE**

8. Claimant has not engaged or participated in any other form of specified unlawful activity and has not concealed or disguised the nature, location, source, ownership or control of proceeds of specified unlawful activity, and has not assisted others in committing any other form of specified unlawful activity or in

concealing or disguising the nature, location, source, ownership or control of proceeds of specified unlawful activity.

### **SIXTH DEFENSE**

9. Claimant has not conspired with any person to violate any laws or to commit money laundering or any other specified unlawful activity.

WHEREFORE, Claimant respectfully requests that this Honorable Court dismiss Plaintiff's claims and direct Plaintiff to return to Claimant all property seized herein.

        Respectfully submitted,
        /s/ Scott Michael Hare
        Scott M. Hare, Esquire
        Pa. I.D. No. 63818
        Bartony & Hare, LLP
        1806 Frick Building
        437 Grant Street
        Pittsburgh, PA  15219
        Tel:    412-338-8632

        Admitted *pro hac vice*

        /s/ Jeffrey Jacobovitz
        Jeffrey Jacobovitz, Esquire
        Bar No. 346569
        Schiff Hardin
        1666 K St, N.W.
        Suite 300
        Washington D.C. 20006

        Counsel for Claimant GitGold Worldwide, Inc.

Date:   October 16, 2007

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **Answer and Affirmative Defenses of Claimant GitGold Worldwide, Inc.** was served upon all parties in this matter on this 16th day of October, 2007 by facsimile, e-mail and/or regular mail addressed to the following:

| | |
|---|---|
| William R. Cowden, Esquire<br>Assistant United States Attorney<br>555 Fourth Street, NW<br>Room 4824<br>Washington, DC  20530 | Laurel Loomis Rimon, Esquire<br>United States Attorney's Office<br>555 4th Street, N.W.<br>Room 5830<br>Washington, DC 20530 |
| Kimberly Kiefer Peretti, Esquire<br>U.S. DEPARTMENT OF JUSTICE<br>950 Pennsylvania Avenue, NW<br>Suite 600<br>Washington, DC 20530 | |

/s/ Scott Michael Hare
Counsel for Claimant GitGold Worldwide, Inc.